

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00056-CV

MICHAEL BALDERAZ ON BEHALF OF THE ESTATE OF JOSEPHINE BALDERAZ
v.
DAN MARTIN, M.D.; SURGICAL ASSOCIATES - CORPUS CHRISTI, L.L.P.

On Appeal from the
28th District Court of Nueces County, Texas
Trial Cause No. 2016DCV-3816-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, rendering the award of attorney's fees. Costs of the appeal are adjudged 50% against appellants and 50% against appellees.

We further order this decision certified below for observance.

November 21, 2019